**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL WHITEHEAD**                                                                    **PLAINTIFF**

**VS.**                                         **4:20-CV-00234-BRW**

**CONWAY CYCLE SHOP LLC, ET AL.**                                      **DEFENDANTS**

<u>**ORDER**</u>

The Joint Motion to Approve Settlement (Doc. No. 7) is GRANTED.  This case is DISMISSED with prejudice, subject to the terms of the settlement agreement.  This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

My approval of the parties' submission in no way reflects my agreement with Plaintiff's lawyers' continued inflated hourly rates or billing practices.[1]

IT IS SO ORDERED this 8th day of September, 2020.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE

---

[1]See *Burton v. Nilkanth Pizza Inc, et al*, No. 4:19-cv-00307-BRW, Doc. No. 48 (E.D. Ark. Aug. 24, 2020) (awarding an hourly rate of $250 and admonishing counsel for inappropriate and excessive billing, primarily through unnecessary oversight by a managing lawyer).